

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>MICHAEL C. GONZALEZ, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 19-951<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MICHAEL C. GONZALEZ the above process on the 29 day of April, 2019, at 6:53 o'clock, PM, at 1229 RAWLINSVILLE ROAD NEW PROVIDENCE, PA 17560, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age _51-55_  Height _5'5_  Weight _210_  Race _WHITE_  Sex _MALE_  Hair _BLACK/GRAY_
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of _PA_                ) SS:
County of _Berks_                          )

Before me, the undersigned notary public, this day, personally, appeared _Denise Hinkle_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-188595
Case ID #: 5504061

Subscribed and sworn to before me
this _30_ day of _April_, 20_19_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021