UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> MICHAEL C. GONZALEZ <br><br> Defendant(s) | CIVIL NO. 19-00951 |

### CERTIFICATE OF SERVICE
### PURSUANT TO Pa.R.C.P. 3129.2(c)(2)

Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

| | |
|---|---|
| (X) | Personal Service by the Sheriff's Office/competent adult (copy of return attached). |
| ( ) | Certified mail by Rebecca A. Solarz (original green Postal return receipt attached). |
| ( ) | Certified mail by Sheriff's Office. |
| ( ) | Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached). |
| ( ) | Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached). |
| ( ) | Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record. |

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**

| | |
|---|---|
| ( ) | Premises was posted by Sheriff's Office/competent adult (copy of return attached). |
| ( ) | Certified Mail & ordinary mail by Sheriff's Office (copy of return attached). |
| ( ) | Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached). |

Pursuant to the Affidavit under Rule 3129.1 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

MICHAEL C. GONZALEZ, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 19-00951

Sheriff's Sale Date: 9/12/19

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MICHAEL C. GONZALEZ the above process on the 12 day of June, 2019, at 9:32 o'clock, P.M, at 1229 RAWLINSVILLE ROAD NEW PROVIDENCE, PA 17560, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 51-55   Height 5'7"   Weight 220   Race HISPANIC   Sex MALE   Hair BLACK
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __Pa__          ) SS:
County of __Berks__                    )

Before me, the undersigned notary public, this day, personally, appeared __Denise Hinkle__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)
File Number: USA-188595
Case ID #:5543787

Subscribed and sworn to before me
this __17__ day of __June__, 20__19__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service;**
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

Affix Stamp Here
(If issued as a certificate of mailing, or for additional copies of this bill)
Postmark and Date of Receipt

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | GONZALEZ, MICHAEL C. 1229 Rawlinsville Road New Providence, PA 17560 | | TENANTS / OCCUPANTS 1229 Rawlinsville Road New Providence, PA 17560 | | | | | | | | | |
| 2. | PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Health & Welfare Building PO Box 8018 Harrisburg, PA 17105 | | Michael C. Gonzalez 231 West New York Street Shenandoah, PA 17976 | | | | | | | | | |
| 3. | DOMESTIC RELATIONS OF LANCASTER COUNTY 40 East King Street PO Box 83479 Lancaster, PA 17608 | | | | | | | | | | | |
| 4. | DOMESTIC RELATIONS OF LEBANON COUNTY ROOM 202 MUNICIPAL BLDG 400 S. 8TH STREET LEBANON, PA 17042-6794 | | | | | | | | | | | |
| 5. | DOMESTIC RELATIONS OF LUZERNE COUNTY 113 W. North Street Wilkes-Barre, PA 18711 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Postmaster, Per (Name of receiving employee)

NOS - Kim Brambil

Total Number of Pieces Listed by Sender: 7
Total Number of Pieces Received at Post Office: 

Complete by Typewriter, Ink, or Ball Point Pen

PS Form **3877**, February 2002 (Page 1 of 2)

See Privacy Act Statement on Reverse

U.S. POSTAGE »» PITNEY BOWES
ZIP 19106
02 1W
0001403708 JUN. 07. 2019
$ 002.73⁰

JUN -7 2019
PHILA, PA 19106

USA-188595  Lancaster County  Sale Date: 09/12/2019

MICHAEL C. GONZALEZ

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>8493-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703998300755<br>9171999991703998300755 | Michael C. Gonzalez<br>231 West New York Street<br>Shenandoah, PA 17976 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703998300762<br>9171999991703998300762 | GONZALEZ, MICHAEL C.<br>1229 Rawlinsville Road<br>New Providence, PA 17560 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| Page Totals<br>Cumulative Totals | 2<br>2 | | 0.97<br>0.97 | 9.70<br>9.70 | | | 10.67<br>10.67 |

Signed: Kim B

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____  Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)          Extra Service Codes:
                                  C     Certified
                                  ERR   Return Receipt



PHILA, PA 19106
JUN -7 2019
USPS CONTINENTAL STATION

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                                        Plaintiff<br><br>vs.<br><br>MICHAEL C. GONZALEZ<br><br>                                        Defendant(s) | CIVIL NO. 19-00951 |

## AFFIDAVIT PURSUANT TO RULE 3129.1

, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

      1229 Rawlinsville Road
      New Providence, PA 17560

1. Name and address of Owner(s) or Reputed Owner(s):

      MICHAEL C. GONZALEZ
      1229 Rawlinsville Road
      New Providence, PA 17560

2. Name and address of Defendant(s) in the judgment:

      MICHAEL C. GONZALEZ
      1229 Rawlinsville Road
      New Providence, PA 17560

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

      PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Health & Welfare Building
      PO Box 8018
      Harrisburg, PA 17105

      DOMESTIC RELATIONS OF LANCASTER COUNTY
      40 East King Street
      PO Box 83479
      Lancaster, PA 17608

      DOMESTIC RELATIONS OF LEBANON COUNTY
      ROOM 202 MUNICIPAL BLDG
      400 S. 8TH STREET
      LEBANON, PA 17042-6794

DOMESTIC RELATIONS OF LUZERNE COUNTY
113 W. North Street
Wilkes-Barre, PA 18711

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

.

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

TENANTS / OCCUPANTS
1229 Rawlinsville Road
New Providence, PA 17560


     I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: June 26, 2019

                                            KML Law Group, P.C.
                                            BY: Rebecca A. Solarz, Esq.
                                            Attorney for Plaintiff