UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 19-00951 |
| vs. | |
| MICHAEL C. GONZALEZ | |
| Defendant(s) | |

NOTICE OF THE DATE OF CONTINUED MARSHAL'S SALE

The Marshal's Sale scheduled for September 12, 2019 at 10:00 AM in the above matter has been continued until **October 01, 2019 at 10:00 AM**

Date: 8/14/2019     By: _____
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6332
____ Michael McKeever Pa. ID 56129
____ David Fein Pa. ID 82628
____ Jill P. Jenkins Pa. ID 306588
____ Alyk L. Oflazian Pa. ID 312912
____ Matthew K. Fissel Pa. ID 314567
_X__ Rebecca A. Solarz Pa. ID 315936
____ Nora C. Viggiano Pa. ID 320864
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>MICHAEL C. GONZALEZ<br><br>Defendant(s) | CIVIL NO. 19-00951 |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that the attached Notice of the Date of Continued Marshal's Sale was sent for filing with the Court, and was served on the following parties by regular mail on the date listed below.

MICHAEL C. GONZALEZ
1229 Rawlinsville Road
New Providence, PA 17560

Date: 8/14/2019        By: _Kimberly Bramble_
                           Kimberly Bramble, legal assistant
                           KML LAW GROUP, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA  19106
                           Direct: 215-825-6305
                           Email: KBramble@kmllawgroup.com