**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff | |
| vs. | |
| MICHAEL C. GONZALEZ | CIVIL NO. 19-00951 |
| 　　　　　　　　Defendant | |

**NOTICE OF THE DATE OF CONTINUED MARSHAL'S SALE**

　　The Marshal Sale scheduled for October 01, 2019 at 10:00 AM in the above matter has been continued until **October 30, 2019 at 10:00 AM**

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　　　　　　　　(215) 825-6327
　　　　　　　　　　　　　　　　　　　RSolarz@kmllawgroup.com

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　Plaintiff<br>　　vs.<br><br>MICHAEL C. GONZALEZ<br>　　　　　　　Defendants | CIVIL NO.. 19-00951 |

### CERTIFICATE OF FILING AND SERVICE

　　　　I hereby certify that the attached Notice of the Date of Continued Marshal's Sale was sent for filing with the Court, and was served on the following parties by regular mail on the date listed below.

MICHAEL C. GONZALEZ
1229 Rawlinsville Road
New Providence, PA 17560 defendant(s)


Date: 9/6/2019   By: _Kimberly Bramble_
　　　　　　　　　　　Kimberly Bramble, Legal Assistant
　　　　　　　　　　　KML LAW GROUP, P.C.
　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　Direct: 215-627-1322